1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | KENNETH LEE TAYLOR,                )      No. C 12-05225 EJD (PR)
                                       )
11 |          Plaintiff,                )      ORDER REVOKING PLAINTIFF'S <u>IN</u>
                                       )      <u>FORMA PAUPERIS</u> STATUS
12 |    vs.                             )
                                       )
13 |                                    )
     MATTHEW CATE, et al.,             )
14 |                                    )
             Defendants.               )
15 |  _____ )

16

17          This is a civil rights case filed pro se by a state prisoner that was closed on

18 | February 15, 2013.  Plaintiff then filed an appeal with the Ninth Circuit.  The Ninth

19 | Circuit has referred the case back to this court for the limited purpose of determining

20 | whether plaintiff's in forma pauperis status should continue or whether the appeal is

21 | frivolous or taken in bad faith.

22          An indigent party who cannot afford the expense of pursuing an appeal may file a

23 | motion for leave to proceed in forma pauperis.  Fed. R. App. P. 24(a); 28 U.S.C. §

24 | 1915(a)(1).  Pursuant to Federal Rule of Appellate Procedure 24(a), "a party to a

25 | district-court action who desires to appeal in forma pauperis must file a motion in the

26 | district court."  The party must attach an affidavit that (1) shows in detail "the party's

27 | inability to pay or give security for fees and costs," (2) "claims an entitlement to redress,"

28 | and (3) "states the issues that the party intends to present on appeal."  Fed. R. App. P.

Order Revoking Plaintiff's In Forma Pauperis Status
05225Taylor_revk-ifp.wpd                          1

1   24(a)(1).  However, even if a party provides proof of indigence, "an appeal may not be

2   taken in forma pauperis if the trial court certifies in writing that it is not taken in good

3   faith." 28 U.S.C. § 1915(a)(3).  An appeal is in "good faith" where it seeks review of any

4   issue that is "non-frivolous."  Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir.

5   2002).  An issue is "frivolous" if it has "no arguable basis in fact or law."  See O'Loughlin

6   v. Doe, 920 F.2d 614, 617 (9th Cir. 1990).

7           Plaintiff's amended complaint was dismissed without leave to amend as he had

8   failed to state a claim for denial of access to the courts.  Plaintiff stated that in his habeas

9   case, Taylor v. Ayers, No. C 07-04147 MMC, prison staff hindered his ability to litigate

10  the case as he was only provided one and a half hours in the law library to file a

11  Certificate of Appealability ("COA"), which was insufficient and as a result the COA was

12  denied.  Court records indicated that Plaintiff had already been provided an extension and

13  the COA Plaintiff filed was 61 pages with another 131 pages of exhibits and was quite

14  extensive.  (Docket No. 32, Taylor v. Ayers, No. C 07-04147 MMC.)  The Court found

15  Petitioner's arguments to be unpersuasive and denied the COA.  (Docket No. 36, Taylor

16  v. Ayers, No. C 07-04147 MMC.)  The Ninth Circuit also denied the request for a COA.

17  (Docket No. 49, Taylor v. Ayers, No. C 07-04147 MMC.)  Plaintiff also argued he was

18  not allowed a copy of all 192 pages of the COA for his own records, only the first 100

19  pages.  Plaintiff stated he needed a complete copy for his next parole board hearing.

20          This court dismissed the action as Plaintiff's allegations did not state a claim under

21  Lewis v. Casey, 518 U.S. 343, 350 (1996), as Plaintiff was able to file a substantial COA

22  that was reviewed by the court and as a result there was no injury.  Nor was it clear why

23  only being provided the first 100 pages of the COA was insufficient for his next parole

24  hearing.  As Plaintiff's action was meritless, his appeal of this court's dismissal is

25  frivolous and taken in bad faith and his in forma pauperis status is REVOKED.  The

26  Clerk shall forward this Order to the Ninth Circuit in case No. 13-15494.

27  DATED:  _____3/25/2013_____            _____
                                              EDWARD J. DAVILA
28                                            United States District Judge

Order Revoking Plaintiff's In Forma Pauperis Status
05225Taylor_revk-ifp.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH LEE TAYLOR, | ) | No. C 12-05225 EJD (PR) |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/26/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Kenneth Lee Taylor**
J-89634
SHU D9-12 / Low
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

DATED: _____3/26/2013_____

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk